# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-02973 |
| | § | |
| JOHN K CHAE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $5,750.00 |
| Total Distributions to Claimants: | $7,997.59 | Claims Discharged Without Payment: | $81,824.51 |
| Total Expenses of Administration: | $2,002.41 | | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,002.41 | $2,002.41 | $2,002.41 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $9,451.97 | $84,503.37 | $84,503.37 | $7,997.59 |
| **Total Disbursements** | $9,451.97 | $86,505.78 | $86,505.78 | $10,000.00 |

4). This case was originally filed under chapter 7 on 01/31/2016. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2016    By: /s/ David P. Leibowitz
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 16-02973 Doc 24 Filed 01/05/17 Entered 01/05/17 14:54:26 Desc Main
Document Page 3 of 7

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Potential insider preference claim against Debtor's brother | 1241-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $216.55 | $216.55 | $216.55 |
| Green Bank | 2600-000 | NA | $35.86 | $35.86 | $35.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,002.41 | $2,002.41 | $2,002.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $4,133.24 | $4,503.37 | $4,503.37 | $426.21 |
| 2 | James Chae | 7100-000 | $0.00 | $80,000.00 | $80,000.00 | $7,571.38 |
| | COMCAST | 7100-000 | $162.00 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $229.12 | $0.00 | $0.00 | $0.00 |
| | Swedish Covenant | 7100-000 | $1,707.80 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Hospital |   |   |   |   |   |
|   | Virgin Mobile | 7100-000 | $103.12 | $0.00 | $0.00 | $0.00 |
|   | CHASE | 7100-900 | $136.54 | $0.00 | $0.00 | $0.00 |
|   | HSBC BANK NEVADA N.A. | 7100-900 | $2,980.15 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |   |   | $9,451.97 | $84,503.37 | $84,503.37 | $7,997.59 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-02973 | Trustee Name: | David Leibowitz |
| Case Name: | CHAE, JOHN K | Date Filed (f) or Converted (c): | 01/31/2016 (f) |
| For the Period Ending: | 12/10/2016 | §341(a) Meeting Date: | 03/01/2016 |
| | | Claims Bar Date: | 07/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2004 Toyota Scion XP 185000 miles | $2,000.00 | $0.00 | | $0.00 | FA |
| 2  Household Goods; Basic Household Goods and Furnshings (D1, $1,000.00) | $1,000.00 | $0.00 | | $0.00 | FA |
| 3  Clothing and personal effects; Basic Wearing Apparel (D1, $1,000.0) | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Furs and Jewelry; Basic Wearing Apparel (D1, $100.00) | $100.00 | $0.00 | | $0.00 | FA |
| 5  Cash on hand (D1) | $150.00 | $0.00 | | $0.00 | FA |
| 6  Checking Account (D1) | $1,500.00 | $0.00 | | $0.00 | FA |
| 7  Potential insider preference claim against Debtor's brother    (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 8  Electronics: Television, home computer, and audio equipment | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**
                          $5,750.00            $10,000.00                           $10,000.00                              $0.00

**Major Activities affecting case closing:**
06/30/2016   2016 Reporting Period:
             Asset - preferential payment to Debtor's brother, James Chae.  James Chae has repaid the Estate $10,000.00 voluntarily to settle the preference.

             Claims bar date: 7/5/16 (Government Claims Bar: 7/29/16)

**Initial Projected Date Of Final Report (TFR):**  03/31/2017    **Current Projected Date Of Final Report (TFR):**  09/19/2016    /s/ DAVID LEIBOWITZ
                                                                                                                                  DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02973 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CHAE, JOHN K | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5206 | | Checking Acct #: | ******7301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Chae, John K |
| For Period Beginning: | 1/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2016 | (7) | James Chae | Recovery of preferential payment to Debtor's brother | 1241-000 | $10,000.00 | | $10,000.00 |
| 05/23/2016 | (7) | James Chae | Recovery of preferential payment to Debtor's brother | 1241-000 | ($10,000.00) | | $0.00 |
| 05/23/2016 | (7) | James Chae | Recovery of preferential payment to Debtor's brother | 1241-000 | $10,000.00 | | $10,000.00 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.16 | $9,995.84 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $15.60 | $9,980.24 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.10 | $9,964.14 |
| 11/08/2016 | 3001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,750.00 | $8,214.14 |
| 11/08/2016 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $216.55 | $7,997.59 |
| 11/08/2016 | 3003 | James Chae | Claim #: 2; Amount Claimed: 80,000.00; Distribution Dividend: 9.46; | 7100-000 | | $7,571.38 | $426.21 |
| 11/08/2016 | 3004 | LVNV Funding, LLC its successors and assigns as | Claim #: 1; Amount Claimed: 4,503.37; Distribution Dividend: 9.46; | 7100-900 | | $426.21 | $0.00 |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,000.00 | $10,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $10,000.00 | $10,000.00 | |

| For the period of 1/31/2016 to 12/10/2016 | | For the entire history of the account between 04/28/2016 to 12/10/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,000.00 | Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 | Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2 Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02973 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAE, JOHN K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5206 | Checking Acct #: | ******7301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Chae, John K |
| For Period Beginning: | 1/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,000.00 | $10,000.00 | $0.00 |

**For the period of 1/31/2016 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2016 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ